■ EMPIRE INSURANCE COMPANY, as Subrogee of G. & C. PHOTOPOULOS REALTY CO., INC., Respondent, v FOOD CITY, INC.,

Doing Business as FINE FAIR SUPERMARKET, et al., Appellants. —Appeal unanimously dismissed without costs. Memorandum: Defendants' motion, designated one to "renew", was, in reality, a motion to reargue, as no new matter was presented which was unavailable to defendants prior to the denial of their original motion *(see, Galaxy Export v Bedford Textile Prods.*, 89 AD2d 576; *see also, Gulledge v Adams*, 108 AD2d 950). An order denying a motion to reargue is not appealable (Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C2221:9, at 185; *see, Fahey v County of Nassau*, 111 AD2d 214). (Appeal from order of Supreme Court, Kings County, Williams, J.—renew motion.) Present—Dillon, P. J., Doerr, Boomer, Pine and Davis, JJ.